UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-24667-GAYLES

BRANDA RIVERA BRITO, et al.,
       Plaintiff,

v.

ENCHANTED ISLAND, LLC, et al.,
       Defendants.
_____/

## ORDER REMANDING CASE

**THIS CAUSE** comes before the Court on Defendants' Agreed Motion to Withdraw Notice of Removal [ECF No. 6]. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **REMANDED** in its entirety to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

This action is **CLOSED**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of November, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE